ANDERSON DAVIS, *Plaintiff in Error*, v, THE STATE OF FLORIDA, *Defendant in Error*.

Writ of Error to the Criminal Court of Record for Walton County.

*S. K. Gillis*, for Plaintiff in Error;

*Park Trammell*, Attorney General, for the State,.

PER CURIAM—In the Criminal Court of Record for Walton County, Anderson Davis was convicted of the larceny of a cow, and took writ of error.

The evidence does not show a felonious taking of the property as alleged, and the judgment is reversed.